```
GEORGE S. CARDONA
Acting United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
DANIEL S. GOODMAN (Cal. State Bar No. 126728)
Assistant United States Attorney
Deputy Chief, Criminal Division
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, CA  90012
     Telephone:  (213) 894-4667
     Facsimile:  (213) 894-0141
     Email: daniel.goodman@usdoj.gov

Attorneys for Complainant
UNITED STATES OF AMERICA
```

NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF<br><br>JOSE MIGUEL ANGEL CANUL RAMIREZ,<br>  aka Miguel Angel Canul Ramirez,<br><br>A Fugitive from the Government of Mexico. | CV No. 09-1785-JVS(PLA)<br><br><u>CERTIFICATE OF EXTRADITABILITY</u> |

    The Court has received the formal request filed March 16, 2009, by an Assistant United States Attorney for the Central District California, for and on behalf of the Government of Mexico, for the extradition of JOSE MIGUEL ANGEL CANUL RAMIREZ. The Court has also received the Extradition Memorandum filed by the United States in support of the Mexican extradition request.

    On September 2, 2009, JOSE MIGUEL ANGEL CANUL RAMIREZ appeared before the Court in open session, accompanied by his attorney and in the presence of an Assistant United States Attorney.  The Court addressed JOSE MIGUEL ANGEL CANUL RAMIREZ

1 and his counsel and is satisfied that JOSE MIGUEL ANGEL CANUL
2 RAMIREZ has knowingly and voluntarily chosen not to **present any**
3 **evidence or argument in opposition to** the issuance of a
4 Certificate of Extraditability in this matter.
5     Therefore, THE COURT FINDS on the basis of the record
6 herein that:
7     1.   the undersigned judicial officer is authorized under
8 Title 18, United States Code, Section 3184, to conduct an
9 extradition hearing;
10    2.   the Court has personal jurisdiction over JOSE MIGUEL
11 ANGEL CANUL RAMIREZ and subject matter jurisdiction over the
12 case;
13    3.   there is currently in force an extradition treaty
14 between the Government of the United States and the Government
15 of Mexico;
16    4.   JOSE MIGUEL ANGEL CANUL RAMIREZ has been charged in
17 Mexico with "Qualified" (Aggravated) Homicide;
18    5.   this charge constitutes an extraditable offense
19 within the meaning of the Treaty;
20    6.   Mexico seeks the extradition of JOSE MIGUEL ANGEL
21 CANUL RAMIREZ for trial for this offense; and
22    7.   there is probable cause to believe that JOSE MIGUEL
23 ANGEL CANUL RAMIREZ committed the offense for which his
24 extradition is sought.
25    Based on the foregoing findings, the Court concludes that
26 JOSE MIGUEL ANGEL CANUL RAMIREZ is extraditable for the offense
27 for which extradition was requested, and certifies this finding
28

to the Secretary of State pursuant to Title 18, United States Code, Section 3184.

IT IS THEREFORE ORDERED that the Clerk of the Court deliver to the Assistant United States Attorney a certified copy of this Certificate of Extraditability, that the Clerk forward certified copies of the same to the Office of the Legal Adviser, U.S. Department of State, Washington, D.C., 20520, and the Director, Office of International Affairs, Criminal Division, U.S. Department of Justice, 1301 New York Ave. NW, Washington, D.C., 20005, for appropriate disposition.

IT IS FURTHER ORDERED that JOSE MIGUEL ANGEL CANUL RAMIREZ be committed to the custody of the United States Marshal pending final disposition of this matter.

SO ORDERED, this 3rd day of September, 2009.

_____
HON. PAUL L. ABRAMS
United States Magistrate Judge

Presented by:

_____
DANIEL S. GOODMAN
Assistant United States Attorney